UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORI GOODWIN and
HALEY GOODWIN,

     Plaintiffs,

v.                                                          Case No. 5:20-cv-10157-JEL

MARTINREA INDUSTRIES, INC.,
    *a corporation,*

     Defendant.

_____

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (ECF No. 20), and the Court

being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed, with prejudice, and

with the parties to bear their own costs and attorney fees.

Date: October 19, 2021                          s/Judith E. Levy
                                                JUDITH E. LEVY
                                                United States District Judge